JS-6/Enter

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICKI STEELE, | Case No. EDCV 07-1174 AN |
| Plaintiff, | JUDGMENT |
| v. | |
| MICHAEL J. ASTRUE, COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

For the reasons set forth in the accompanying Order, it is hereby ADJUDGED AND DECREED THAT the Commissioner's final decision is reversed and remanded for further proceedings consistent with the Order.

DATED: July 29, 2008        /s/   ARTHUR NAKAZATO
                            ARTHUR NAKAZATO
                            UNITED STATES MAGISTRATE JUDGE